| U.S. Department of Justice | | Criminal Docket |
|---|---|---|
| Washington, D.C. | **UNSEALED** | |
| 05/15/2013/mtl | * 7-22-13    ▲ 7-29-13 | |
| McALLEN   Division | ** 7-24-13   ▲▲ 8-8-13 | **M-13- 994** |
| | *** 7-25-13  ▲▲▲ 8-15-13 CR. No. | **RANDY CRANE** |
| | **** 7-26-13 | |

**SEALED INDICTMENT**  Filed: June 25, 2013          Judge: _____

County: Hidalgo

Lions #: 2013R14620                         Attorneys:

UNITED STATES OF AMERICA                    KENNETH MAGIDSON, U.S. ATTORNEY

v.                                          JUAN F. ALANIS, ASST. U.S. ATTORNEY

1) SOSTENES FERREIRA-GARCIA
   AKA: FNU LNU ~~WARRANT~~                 Cts. 1, 10-13 & 16  Ricardo Perez, 782-2700      Apptd
   also known as "Sostenes"
**2) BALDEMAR MONTALVO, JR ~~WARRANT~~ *    Cts. 1-6, 9 & 13  Jonathan T. Ball, 501-6565    Apptd
   also known as "Balde"   aka: Baldemar Montalvo
   also known as "Calzon"                   7/24/2013/lc*
* 3) DELFINO BAZAN ~~WARRANT~~              Cts. 1, 2, 6-8, 15  Juan Zamora, 686-4220        Apptd
▲▲▲ 4) JOSE JAIR TABARES, JR. – WARRANT –   Cts. 1, 2 & 15
   also known as "Chiquilin"
** 5) ENRIQUE MONTALVO – ~~WARRANT~~        Cts. 1, 5 & 13  Judith Cantu, 994-3100          Apptd
** 6) THOMAS GARCIA, JR ~~WARRANT~~ aka: Thomas  Cts. 1 & 3  Roberto Yzaguirre & Jose Chapa 682-4308  Retd
**7) IVAN DEL JESUS CAMPOS-LANDA  Garcia    Cts. 1 & 3  Katherine G. Perez, 381-1800       Apptd
        ~~WARRANT~~
*** 8) DAVID MUNIZ – ~~WARRANT~~            Ct. 6   Damian Orozco, 782-5447                Apptd
   also known as "Comino"
** 9) JOSE LUIS LOZANO – ~~WARRANT~~        Ct. 7   Oscar L. Longoria, 630-5297            Apptd
   also known as "Guicho"
▲▲ 10) MARIO ALBERTO MARTINEZ – ~~WARRANT~~ Cts. 1 & 11  Adolfo Al Alvarez, (956)686-3700  Retd
** 11) EDMUNDO CANALES – ~~WARRANT~~        Cts. 1 & 11  Gregorio R. Lopez, 800-779-0249   Apptd
*** 12) SAMUEL ESPINO-MORALES – WARRANT –   Cts. 1 & 12
** 13) DAVID ULLOA-CORREA – ~~WARRANT~~     Cts. 1 & 14  Linda L. Gonzalez, 487-7594       Apptd
▲ 14) ROSENDO BENITEZ – ~~WARRANT~~         Cts. 1 & 14  Ricardo L. Salinas 584-3900       Retd
** 15) JOSE PALACIOS, JR. – ~~WARRANT~~     Cts. 1 & 15  Carlos A. Garcia, 584-1448        Retd
** 16) JOSE PALACIOS, SR. – ~~WARRANT~~     Cts. 1 & 15  Fernando G. Mancias, 686-0385     Retd
** 17) ELEE CAMPOS CAMARGO – ~~WARRANT~~    Cts. 1 & 15  Rene A. Flores, 316-1991          Retd
   also known as "Eli Camargo"
* 18) ALEJANDRINA MARTINEZ – ~~WARRANT~~    Ct. 2   Eduardo P. Sillas (713) 557-7508       Retd
   also known as "Alex"
12) SALOMON ESPINOSA-MORIN 7/26/13 /lc

Charge(s):
- Ct. 1: Conspiracy to possess with intent to distribute 100 kilograms or more of a mixture or substance containing a detectable amount of marijuana.
  Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(B).
- Ct. 2: Conspiracy to engage in money laundering
  Title 18, United States Code, Sections 1956(a)(1)(B)(i) and (h).
- Ct. 3: Possession with intent to distribute 100 kilograms or more, that is, approximately 444 kilograms of a mixture or substance containing a detectable amount of marijuana.
  Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) and Title 18, United States Code, Section 2.
- Ct. 4: Possession with intent to distribute 100 kilograms or more, that is, approximately 208 kilograms of a mixture or substance containing a detectable amount of marijuana.

Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) and Title 18, United States Code, Section 2.

Ct. 5:  Possession with intent to distribute 50 kilograms or more, that is, approximately 89 kilograms of a mixture or substance containing a detectable amount of marijuana. Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

Ct. 6:  Possession with intent to distribute less than 50 kilograms, that is, approximately 15 kilograms of a mixture or substance containing a detectable amount of marijuana. Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D) and Title 18, United States Code, Section 2.

Ct. 7:  Possession with intent to distribute less than 50 kilograms, that is, approximately 14 kilograms of a mixture or substance containing a detectable amount of marijuana. Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D) and Title 18, United States Code, Section 2.

Ct. 8:  Possession with intent to distribute less than 50 kilograms, that is, approximately 29 kilograms of a mixture or substance containing a detectable amount of marijuana. Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D) and Title 18, United States Code, Section 2.

Ct. 9:  Possession with intent to distribute 100 kilograms or more, that is, approximately 103 kilograms of a mixture or substance containing a detectable amount of marijuana. Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) and Title 18, United States Code, Section 2.

Ct. 10: Possession with intent to distribute 1,000 kilograms or more, that is, approximately 1,878 kilograms of a mixture or substance containing a detectable amount of marijuana. Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

Ct. 11: Possession with intent to distribute 100 kilograms or more, that is, approximately 495 kilograms of a mixture or substance containing a detectable amount of marijuana. Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) and Title 18, United States Code, Section 2.

Ct. 12: Possession with intent to distribute 1,000 kilograms or more, that is, approximately 1,959 kilograms of a mixture or substance containing a detectable amount of marijuana. Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

Ct. 13: Possession with intent to distribute 100 kilograms or more, that is, approximately 817 kilograms of a mixture or substance containing a detectable amount of marijuana. Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) and Title 18, United States Code, Section 2.

Ct. 14: Possession with intent to distribute 100 kilograms or more, that is, approximately 103 kilograms of a mixture or substance containing a detectable amount of marijuana. Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) and Title 18, United States Code, Section 2.

Ct. 15  Possession with intent to distribute 100 kilograms or more, that is, approximately 425 kilograms of a mixture or substance containing a detectable amount of marijuana. Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) and Title 18, United States Code, Section 2.

Ct. 16: Possession with intent to distribute 1,000 kilograms or more, that is, approximately 1,210 kilograms of a mixture or substance containing a detectable amount of marijuana. Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

Total Counts (16)

| | | |
|---|---|---|
| Penalty: | Cts. 10, 12 & 16: | Imprisonment for 10 yrs.* to Life and/or a $10,000,000.00 fine and at least a 5 yr. SRT. (*MANDATORY MINIMUM) (as to each count) |
| | Cts. 1, 3, 4, 9, 11, 13, 14 & 15: | Imprisonment for 5 yrs. to 40 yrs. and/or a $5,000,000.00 fine and at least a 4 yr. SRT. (as to each count) |
| | Ct. 2: | Imprisonment for 20 yrs. and/or a fine of not more than $500,000 or twice the value of the property involved in the transaction, whichever is greater, and not more than 3 yrs. SRT. |
| | Ct. 5: | Imprisonment for not more than 20 yrs. and/or a $1,000,000.00 fine and at least a 3 yr. SRT. |
| | Cts. 6-8: | Imprisonment for not more than 5 yrs. and/or a $250,000.00 fine and at least a 2 yr. SRT. (as to each count) |

Agency:  Drug Enforcement of Administration – Macon Norris – M5-12-0120
Homeland Security Investigations – Thomas Fallon – FD13MR12FD0034

Date                                      Proceedings

 **CASE ASSIGN**

ASSIGNMENTS

RANDOM CASE ASSIGNMENT
DIRECT CASE ASSIGNMENT
REMOVE JUDGE

## RANDOM CASE ASSIGNMENT

On 6/26/2013 8:28:02 AM  From Deck: McAllen Criminal
Case Number 7:13-CR-00994  has been assigned to judge
**Randy Crane**

[Ok]

© 2012 U.S. COURTS FOR THE SOUTHERN DISTRICT OF TEXAS